Harry B. Snyder v. Prudential Insurance Company of America.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles W. Smith v. The City of New York.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Florence A. West v. Harry Jarmulowsky.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank Heiferman v. Greenhut Cloak Company.—Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Martin Roberts v. Joseph Schanz.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Theodore A. Liebler and Another, Appellants, v. Lee Shubert, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Isidor Sternbach, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Marvin F. Butler and Others, Appellants, v. Seth B. Robinson, Individually and as Trustee, etc., Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward E. Tull, Respondent, v. Marion Avery Barrett, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph J. Little, Appellant, v. Lucius T. Martin, as Executor, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Shawmut Tire Company of New York, Incorporated, Respondent, v. Latham-Phelps Company, Inc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William W. Farley, as State Excise Commissioner of the State of New York, Respondent, v. Frank D. Archibald, Sr., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.